MAX WEISSMAN, INC., v. J. HENRY SAXE and Another.— Application denied,

with ten dollars costs.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.